B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Adam J. Wallow    Amy K. Wallow**

Debtors

Case No. **08-23635-pp**

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 750,000.00 | | |
| B - Personal Property | YES | 3 | $ 57,588.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 904,515.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 10,515.42 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 45 | | $ 2,351,614.23 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 7,102.66 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 8,014.00 |
| TOTAL | | 62 | $ 807,588.00 | $ 3,266,644.65 | |

AFTER HOURS

2008 MAY -9 AM 4: 35

FILED
EASTERN DISTRICT OF WISCONSIN
UNITED STATES COURTS

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Adam J. Wallow    Amy K. Wallow**

Debtors

Case No. __08-23635-pp__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 4,876.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 5,639.42 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 10,515.42 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 7,102.66 |
| Average Expenses (from Schedule J, Line 18) | $ 8,014.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $347,726.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 10,515.42 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $2,351,614.23 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $2,699,340.23 |

In re:  **Adam J. Wallow   Amy K. Wallow** _____  Case No. __08-23635-pp__
                                                                    (If known)
**Debtors**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Homestead, 1544 Cedar Creek Parkway, Cedarburg, WI, Ozaukee County, WI** | **Fee Owner** | **J** | **$ 750,000.00** | **$ 920,000.00** |
| | | Total ➤ | **$ 750,000.00** | |
| | | | (Report also on Summary of Schedules.) | |

# **Assessor**Data



**Tax Key Number: 03-074-0011.000**



**Property address:**
1544  Cedar Creek Pkwy
Town of Cedarburg, WI

**Abbreviated legal description:**
0828161 LOT 11 PRAIRIE CREEK RUN

**Acres (county records):** 0

**Building 1 description:**          **Size:** 3,807 sq feet          **Year built:** 2001
2 story wood custom

**Additional structures:**  2

**Date of last building permit:** 9/9/2005

**Last sale date:** 10/3/2005

**Total assessed value of land:** $142,100

**Total assessed value of buildings:** $482,900

**Assessment year:** 2008

©2005 Real Property Data, All rights reserved.

| << Return to Search Results | Perform A New Search |
|---|---|

In re __Adam J. Wallow    Amy K. Wallow__ _____,    Case No. __08-23635-pp_____
                                    **Debtors**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | C | 28.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account** | C | 1,200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | C | 13,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books and pictures** | C | 1,500.00 |
| 6. Wearing apparel. | | **Wearing Apparel** | C | 5,000.00 |
| 7. Furs and jewelry. | | **Wedding ring** | C | 7,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance Policy with MetLife** | C | 4,800.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re   Adam J. Wallow   Amy K. Wallow _____,   Case No. 08-23635-pp _____
                    **Debtors**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Audi A6** | C | **7,640.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Nissan Quest** | C | **13,115.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, Office Furnishings and sundry other equipment previously used in business** | C | **2,500.00** |
| Office equipment, furnishings, and supplies. | | **Court reporting equipment** | C | **1,500.00** |

In re  **Adam J. Wallow   Amy K. Wallow** _____,   Case No. **08-23635-pp** _____

Debtors

(If known)

<h1 align="center">SCHEDULE B - PERSONAL PROPERTY</h1>
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Cat | C | 5.00 |
| Animals. | | Yorkshire Terrier | C | 300.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_  continuation sheets attached                Total    ⟩    $ 57,588.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Adam J. Wallow   Amy K. Wallow**        Case No. **08-23635-pp**

Debtors        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2001 Audi A6** | **11 USC § 522(d)(5)** | 1,190.00 | 7,640.00 |
| | **11 USC § 522(d)(2)** | 6,450.00 | |
| **2005 Nissan Quest** | **11 USC § 522(d)(5)** | 1.00 | 13,115.00 |
| **Bank Account** | **11 USC § 522(d)(5)** | 1,200.00 | 1,200.00 |
| **Books and pictures** | **11 USC § 522(d)(3)** | 1,500.00 | 1,500.00 |
| **Cash** | **11 USC § 522(d)(5)** | 28.00 | 28.00 |
| **Cat** | **11 USC § 522(d)(5)** | 5.00 | 5.00 |
| **Computers, Office Furnishings and sundry other equipment previously used in business** | **11 USC §522(d)(6)** | 2,500.00 | 2,500.00 |
| **Court reporting equipment** | **11 USC §522(d)(6)** | 1,500.00 | 1,500.00 |
| **Homestead, 1544 Cedar Creek Parkway, Cedarburg, WI, Ozaukee County, WI** | **11 USC § 522(d)(1)** | 1.00 | 750,000.00 |
| **Household Goods and Furnishings** | **11 USC § 522(d)(3)** | 13,000.00 | 13,000.00 |
| **Insurance Policy with MetLife** | **11 USC § 522(d)(8)** | 4,800.00 | 4,800.00 |
| **Wearing Apparel** | **11 USC § 522(d)(3)** | 5,000.00 | 5,000.00 |
| **Wedding ring** | **11 USC § 522(d)(5)** | 4,300.00 | 7,000.00 |
| | **11 USC § 522(d)(4)** | 2,700.00 | |
| **Yorkshire Terrier** | **11 USC § 522(d)(5)** | 300.00 | 300.00 |

In re <u>Adam J. Wallow   Amy K. Wallow</u>                                  Case No. <u>08-23635-pp</u>
                        **Debtors**                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**EMC Mortgage**<br>**Attn: Bankruptcy Department**<br>**800 State Highway 121 BY**<br>**Lewisville, TX 75067** | | C | **10/03/2005**<br>**First Lien on Residence**<br>**Homestead, 1544 Cedar Creek**<br>**Parkway, Cedarburg, WI, Ozaukee**<br>**County, WI**<br><br>**VALUE $750,000.00** | | | | 696,000.00 | 170,000.00 |

<u>1</u>    continuation sheets attached

Subtotal  ➤
(Total of this page)                                                     $   696,000.00 | $   170,000.00

Total  ➤
(Use only on last page)                                          $                           | $

                                                                            (Report also on Summary of   (If applicable, report
                                                                            Schedules)                             also on Statistical
                                                                                                                      Summary of Certain
                                                                                                                      Liabilities and
                                                                                                                      Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re <u>Adam J. Wallow   Amy K. Wallow</u>,                    Case No. <u>08-23635-pp</u>
                          Debtors                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nissan Motor Acceptance Corp.<br>Attn: Bankruptcy Department<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | | C | 12/31/2004<br>Security Agreement<br>2005 Nissan Quest<br><br>VALUE $13,115.00 | | | | 20,841.00 | 7,726.00 |
| ACCOUNT NO.<br>Wilshire Credit Corporation<br>Attn: Bankruptcy Department<br>1776 SW Madison Street<br>Portland, OR 97205 | | C | 10/03/2005<br>Second Lien on Residence<br>Homestead, 1544 Cedar Creek<br>Parkway, Cedarburg, WI, Ozaukee<br>County, WI<br><br>VALUE $750,000.00 | | | | 187,674.00 | 170,000.00 |

Sheet no. <u>1</u> of <u>1</u> continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | | |
|---|---|---|
| $ | 208,515.00 | $ 177,726.00 |
| $ | 904,515.00 | $ 347,726.00 |

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **Adam J. Wallow    Amy K. Wallow**                 Case No.    **08-23635-pp**

                                    Debtors                                                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re    **Adam J. Wallow    Amy K. Wallow** _____      Case No.    **08-23635-pp** _____
                            Debtors                                                                         (If known)

❑    **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>   **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority:  Domestic Support Obligations

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**State of WI, Dept. of Wkforce Dev.**<br>**Div. of Workforce Solutions**<br>**Bureau of Child Support**<br>**P.O. Box 07914**<br>**Milwaukee, WI 53207** | | H | **Various**<br>**Child support** | | | X | 4,876.00 | 4,876.00 | 0.00 |
| NOTE:  Claim also on Schedule F | | | | | | | | | |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)

$  **4,876.00**   $  **4,876.00**   $  **0.00**

Total  ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total  ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$                   $



In re **Adam J. Wallow    Amy K. Wallow**                             Case No.  **08-23635-pp**
                                                                                          (If known)
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**State of WI, Dept. of Wkforce Dev.**<br>**Equal Rights  Division**<br>**819 North 6th Street, Room 255**<br>**Milwaukee, WI  53203-1687** | | H | **Various**<br>**Claim for pass due**<br>**wages** | | | | 0.00 | 0.00 | 0.00 |
| NOTE:   Amount will be determined by claim for loss wages | | | | | | | | | |
| ACCOUNT NO.   **2005WC000309**<br>**State of WI, Dept. of Wkforce Dev.**<br>**Workers Compensation Division**<br>**201 E. Washington Ave, Room C100**<br>**P.O. Box 7901**<br>**Madison, WI 53707-7901**<br>**Milwaukee County Circuit Court**<br>**Attn: Record Room, G9**<br>**Re:  2005WC000309**<br>**901 North 9th Street**<br>**Milwaukee, WI  53233** | | H | **2005-08-09**<br>**State Tax Lien** | | | | 789.42 | 789.42 | 0.00 |
| ACCOUNT NO.   **2005WC00077**<br>**State of WI, Dept. of Wkforce Dev.**<br>**Workers Compensation Division**<br>**201 E. Washington Ave, Room C100**<br>**P.O. Box 7901**<br>**Madison, WI 53707-7901**<br>**Ozuakee County Register of Deeds**<br>**Attn: Clerk**<br>**121 West Main Street, Room 120**<br>**Port Washington, WI 53074-0994**<br>**Re: 2005WC000077** | | H | **2005-02-09**<br>**State Lien** | | | | 1,627.68 | 1,627.68 | 0.00 |

Sheet no.  2 of  3 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals>              $   **2,417.10**   $   **2,417.10**  $        **0.00**
(Totals of this page)

Total   >     $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total   >
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )                                        $                    $



In re  **Adam J. Wallow**  **Amy K. Wallow**
                                     Debtors

Case No.  **08-23635-pp**
                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2006UC00123**<br>**State of WI, Dept. of Wkforce Dev.**<br>**Workers Compensation Division**<br>**201 E. Washington Ave, Room C100**<br>**P.O. Box 7901**<br>**Madison, WI 53707-7901**<br><br>**Ozaukee County Circuit Court**<br>**Attn: Clerk, In. Re: 2006UC000123**<br>**Ozaukee County Justice Center**<br>**1201 South Spring Street**<br>**Port Washington, WI  53074** | | H | **2006-12-11**<br>**State Tax Lien** | | | | 162.32 | 162.32 | 0.00 |
| ACCOUNT NO.<br><br>**State of Wisconsin/ Dept. of Revenu**<br>**Attn: Jim Polkowski**<br>**Bankruptcy Specialist**<br>**P.O. Box 8902**<br>**Madison, WI  53708-8902** | | H | **1998-06-17**<br>**State Tax Lien** | | | | 2,020.00 | 2,020.00 | 0.00 |
| ACCOUNT NO.<br><br>**State of Wisconsin/ Dept. of Revenu**<br>**Attn: Jim Polkowski**<br>**Bankruptcy Specialist**<br>**P.O. Box 8902**<br>**Madison, WI  53708-8902** | C | | **1999-03-15**<br>**State Tax Lien** | | | | 1,040.00 | 1,040.00 | 0.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals>
(Totals of this page)
$ **3,222.32** | $ **3,222.32** | $ **0.00**

Total  >
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$ **10,515.42**

Total  >
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )
$ **10,515.42** | $ **0.00**



B6F (Official Form 6F) (12/07)

In re __Adam J. Wallow___Amy K. Wallow_____   Case No. __08-23635-pp_____
                        Debtors                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | 2007-05 | | | | 2,383.73 |
| A Better Way 5800 North Bayshore Drive Suiet B234 Milwaukee, WI 53217 | | | Collection Account | | | | |
| Cybercollect P.O. Box 1145 2350 South Avenue La Crosse, WI 54601 | | | | | | | |
| Attorney Alan R. Freedman 944 Indian Peak Road, Suite 200 Palos Verdes, CA 90274 | | | | | | | |

__44__  Continuation sheets attached

Subtotal  ➤  $ |2,383.73

Total  ➤  $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**                    Case No. <u>08-23635-pp</u>
_____                          _____
Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2007-10<br><br>A Better Way<br>5800 North Bayshore Drive<br>Suite B234<br>Milwaukee, WI 53217<br><br>Attorney Collection Service<br>P.O. Box 2415<br>Palos Verdes, CA 90274<br><br>Attorney Alan R. Freedman<br>944 Indian Peak Road, Suite 200<br>Palos Verdes, CA 90274 | | C | 2007-10<br><br>Collection Account | | | | 6,789.71 |
| ACCOUNT NO. 2006-10<br><br>AAP Properties<br>1000 North Water Street<br>Suite 900<br>Milwaukee, WI 53202<br><br>Bevery Hills Properies I, LLC<br>Attn: Mr. Palermo<br>6425 West Executive Drive<br>Mequon, WI 53092 | | C | 2006-10<br><br>Business Lease, | | | | 265,000.00 |
| ACCOUNT NO. 2006<br><br>ABC Financial<br>P.O. Box 6800<br>Sherwood, AR 72124 | | C | 2006<br><br>Services Rendered | | | | 2,000.00 |

Sheet no. <u>1</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 273,789.71

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam J. Wallow    Amy K. Wallow**           Case No.   <u>08-23635-pp</u>
Debtors                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Accrue Appraisals<br>Attn: Bankruptcy Department<br>2222 North Mayfair Road<br>Milwaukee, WI 53226 | | C | Various<br><br>Services Rendered | | | | 3,500.00 |
| ACCOUNT NO.<br><br>Acme Systems, Inc<br>Attn: Billing Office Manager<br>6101 North Flint Road<br>Milwaukee, WI 53209 | | C | Various<br><br>Services Rendered | | | | 1,500.00 |
| ACCOUNT NO.<br><br>Adminstaff<br>Attn: Billing Office<br>311 South Wacker Drive<br>Chicago, IL 60606 | | C | Various<br><br>Business Payroll Services | | | | 10,000.00 |
| ACCOUNT NO.<br><br>ADP Total Source<br>Attn: Billing Office<br>10200 Sunset Drive<br>Miami, FL 33173 | | C | Various<br><br>Business Payroll Services | | | | 10,000.00 |
| ACCOUNT NO.<br><br>ADT Security Services<br>Attn: Bankruptcy Department<br>200 North Patrick Boulevard<br>Suite 300<br>Brookfield, WI 53005 | | C | Various<br><br>Services Rendered - Business | | | | 1,200.00 |

Sheet no. <u>2</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   &gt;  $            **26,200.00**

Total   &gt;  $
(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical<br>Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**                          Case No. <u>08-23635-pp</u>
                                                    _____
                                            **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Advanced Healthcare <br> Attn: Billing Office <br> W180N11070 River Lane <br> Germantown, WI 53022-3109** | | C | **Various** <br><br> **Medical Bills** | | | | 2,000.00 |
| ACCOUNT NO. <br><br> **Advanced Healthcare <br> Attn: Bankrputcy Department <br> Falls Medical/Milwaukee Medical <br> P.O. Box 091700 <br> Milwaukee, WI  53209-8700** | | C | **Various** <br><br> **Medical Bills** | | | | 1,500.00 |
| ACCOUNT NO. <br><br> **All One Storage <br> Attn: Manager <br> S83 W18550 Saturn Drive <br> Muskego, WI 53150** | | C | **various** <br><br> **Services Rendered- Storage-Business** | | | | 700.00 |
| ACCOUNT NO. <br><br> **Allied Interstate Literary Guild <br> P.O.Box 5023 <br> New York, NY 10163** | | C | **various** <br><br> **Products/Services -Literary** | | | | 29.96 |
| ACCOUNT NO. <br><br> **Allied Technologies <br> Attn: Manager <br> N37 W23953 Hall Road <br> Pewaukee, WI 53702** | | C | **Various** <br><br> **Services Rendered - Business Telephone** | | | | 3,000.00 |

Sheet no. <u>3</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >  $              7,229.96

Total   >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    __Adam J. Wallow    Amy K. Wallow_____    Case No. __08-23635-pp_____
                                Debtors                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Express<br>Attn: Bankruptcy Department<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | | C | 2005-05<br><br>Credit Card | | | | 910.00 |
| ACCOUNT NO.<br><br>American Express<br>Attn: Bankruptcy Department<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | | C | 2005-10<br><br>Credit Card | | | | 3,875.00 |
| ACCOUNT NO.<br><br>American Servicing<br>Attn: Bankruptcy Department<br>7495 New Horizon Way<br>Frederick, MD 21703 | | C | 05/01/2005<br><br>55 The Greenway Loop Pamama City Beach FL 32413 | | | | 1,011,000.00 |
| ACCOUNT NO.<br><br>American/WFNNB<br>Attn: Recovery Department<br>4590 East Broad Street<br>Columbus, OH 43213 | | C | 2000-09-02<br><br>Charge Account | | | | 9,363.00 |
| ACCOUNT NO.<br><br>April, Carlos L.<br>1989 West Lawrence Avenue<br>Milwaukee, WI 53209 | | C | Various<br><br>Business- Payroll- Moneytree | | | | 1,200.00 |

Sheet no. _4_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $       1,026,348.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Adam J. Wallow   Amy K. Wallow_____     Case No. __08-23635-pp_____
                               Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aurora Health Care <br> Attn: Billing Office <br> 3031 West Montanta Street <br> Milwaukee, WI  53215-3627 | | C | Various <br><br> Medical Bills | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Bank of America <br> Attn: Customer Service <br> 4060 Ogletown/Stan <br> Newark, DE 19713 | | C | 2006-06-01 <br><br> Credit Card | | | | 6,016.00 |
| ACCOUNT NO. <br><br> Bank of America - Business Cards <br> Attn: Customer Service <br> P.O. Box 15311 <br> Wilmington, DE  19884 <br><br> fiascna <br> 4060 Ogltown, Scan <br> Newark, DE 19713 | | C | 2005-05-30 <br><br> Business Credit Card | | | | 37,610.00 |
| ACCOUNT NO. <br><br> Bank of America - Business Cards <br> Attn: Customer Service <br> P.O. Box 15311 <br> Wilmington, DE  19884 <br><br> Portfolio Recoveries <br> 120 Corporate Boulevard, Suite 1 <br> Norfolk, VA 23502 | | C | 2007-09-11 <br><br> Factoring Company Account | | | | 24,005.00 |

Sheet no. _5_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 68,631.00

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Adam J. Wallow   Amy K. Wallow          Case No. 08-23635-pp
_____          _____
                        **Debtors**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2007SC006232 | | C | 2007-05-15 | | | | 2,140.29 |
| Barnes, Priya 1661 North Water Street Suite 200 Milwaukee, WI 53203 Milwaukee County Circuit Court Attn: Record Room, G9 Re: 2007SC006232 901 North 9th Street Milwaukee, WI 53233 Creatonomy 1661 North Water Street, Suiet 200 Milwaukee, WI 53202 | | | **Small Claims Judgment** | | | | |
| ACCOUNT NO. | | C | 2005-05-29 | | | | 747.00 |
| Bloomingsdales Attn: Customer Service 9111 Duke Boulevard Mason, OH 45040 | | | **Charge Account** | | | | |
| ACCOUNT NO. | | C | Various | | | | 2,000.00 |
| Blue Cross Blue Shield Attn: Billing Office 1555 Highway 151 East Platteville, WI 53818 | | | **Business - Moneytree** | | | | |

Sheet no. 6 of 44 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $ 4,887.29

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **Adam J. Wallow    Amy K. Wallow**          Case No.  **08-23635-pp**
<br>                               **Debtors**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bonded Transportation, Inc.**<br>**Attn: Billing Office**<br>**301 South Myrick**<br>**Pensacola, FL 32505**<br><br>**Bay County Circuit Court**<br>**Attn: Clerk, In Re: 07458SC**<br>**300 East 4th Street**<br>**Panama City, FL 32401** | | C | 2007-04-19<br><br>Judgment | | | | 1,821.26 |
| ACCOUNT NO.<br><br>**Boston Store/HSBC Retail Services**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 15521**<br>**Wilmington, DE 19805** | | C | 2002-01-02<br><br>**Charge Account** | | | | 1,529.00 |
| ACCOUNT NO.<br><br>**BPI Solutions Achievement Assoc.**<br>**500 West Bender Road, Suite 113**<br>**Glendale, WI 53217** | | C | Various<br><br>**Medcial Account** | | | | 1,200.00 |
| ACCOUNT NO.<br><br>**Cedarburg Family Denistry, LLC**<br>**Attn: Billing Office**<br>**W64 N728 Washington Avenue**<br>**Cedarburg, WI 53012** | | C | Various<br><br>**Services Rendered** | | | | 200.00 |

Sheet no. _7_ of _44_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal  ➤  $           **4,750.26**

                                                  Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**                          Case No. **08-23635-pp**
_____                               _____
                          **Debtors**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | 2007-04-03 | | | | 448.00 |
| Cedarburg Fire Department, The<br>Attn: Business Office<br>Post Office Box 327<br>Cedarburg, WI 53012<br><br>Falls Collection Service<br>N114 W19225 Clinton Drive<br>Germantown, WI 54220<br><br>Federated Adjustment Company<br>7929 North Port Washington Road<br>Milwaukee, WI  53217 | | | Collection Account | | | | |
| ACCOUNT NO. | | C | Various | | | | 242.42 |
| Cedarburg Light and Water Utility<br>Attn: Bankruptcy Department<br>N30 W5926 Lincoln Boulevard<br>Cedarburg, WI 53012 | | | Utility Service | | | | |
| ACCOUNT NO. | | C | 2003 | | | | 0.00 |
| Cenlar Centeral Loan Adminstration<br>Attn: Bankruptcy Department<br>425 Phillips Boulevard<br>Ewing, NY 08618 | | | Notice only | | | | |

Sheet no.  8 of 44 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          690.42

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Adam J. Wallow    Amy K. Wallow**                                    Case No. <u>08-23635-pp</u>
_____                                    _____
                              **Debtors**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chase**<br>**Attn: Customer Service**<br>**800 Brooksedge Boulevard**<br>**Westerville, OH 43801**<br><br>**ACI-American Coradius International**<br>**Re: Chase Bank USA, N.A.**<br>**2420 Sweet Home Road, Suite 150**<br>**Amherst, NY 14228-2244** | | C | **2005-10-05**<br><br>**Credit Card** | | | | 12,535.00 |
| ACCOUNT NO.<br><br>**Chase Bank USA**<br>**National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH 44139** | | C | **Various**<br><br>**Credit Card - Business** | | | | 5,000.00 |
| ACCOUNT NO.<br><br>**Chase Visa Credit Card Services**<br>**Attn: Bamkruptcy Department**<br>**225 Chastain Meadows Court**<br>**Kennesaw,  GA 30144** | | C | **2005-05-10**<br><br>**Credit Card** | | | | 2,981.00 |
| ACCOUNT NO.<br><br>**Children's Medical Gruop**<br>**Attn: Billing Office**<br>**P.O.  Box 78841**<br>**Milwaukee, WI  53278-0841** | | C | **Various**<br><br>**Medical Bill** | | | | 1,380.00 |

Sheet no. <u>9</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            21,896.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam J. Wallow    Amy K. Wallow**                                    Case No. <u>08-23635-pp</u>
_____                              _____
                                    **Debtors**                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Choice One Communications** <br> **Attn: Billing Office** <br> **10101 Innovation Drive** <br> **Suite 600** <br> **Milwaukee, WI 53226** | | C | **Various** <br><br> **Services Rendered - Business Phone** | | | | 7,000.00 |
| ACCOUNT NO. <br><br> **Circuit City/Chase** <br> **Attn: Customer Service** <br> **P.O. Box 100019** <br> **Kennesaw, GA 30156** | | C | **Various** <br><br> **Charge Account** | | | | 2,800.00 |
| ACCOUNT NO. <br><br> **City of Milwaukee Violations Bureau** <br> **P.O. Box 346** <br> **Milwaukee, WI 53201-0346** <br><br><br> **Kohn Law Firm** <br> **312 East Wisconsin Avenue** <br> **Suite 501** <br> **Milwaukee, WI 53202** | | C | **Various** <br><br> **Parking Tickets** | | | | 1,000.00 |
| ACCOUNT NO. <br><br> **Cleaning Plus** <br> **Attn: Billing Office Manager** <br> **1000 North Wisconsin Avneue** <br> **Port Washington, WI 53074** | | C | **Various** <br><br> **Services Rendered** | | | | 285.00 |

Sheet no. <u>10</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                **11,085.00**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Adam J. Wallow   Amy K. Wallow _____    Case No. __08-23635-pp_____
                         **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Clear Channel <br> Attn: Billing Office Manager <br> 12100 West Howard Avenue <br> Greenfield, WI 53220 | | C | Various <br><br> Services Rendered - Business Advertising | | | | 12,000.00 |
| ACCOUNT NO. <br><br> Client Services, Inc. <br> Attn: Bankruptcy Department <br> 3451 Harry Truman Boulevard <br> St. Charles, MO 63301 | | C | Various <br><br> Business Services | | | | 1,738.72 |
| ACCOUNT NO. <br><br> Cook, Regina Y. <br> 339 West Burnham Street, Apt. 2 <br> Milwaukee, WI 53204 | | C | Various <br><br> Business-Past Due Payroll | | | | 1,500.00 |
| ACCOUNT NO. <br><br> Countrywide Home Loans <br> Attn: Bankruptcy Department <br> 450 American Street <br> Simi Valley, CA  93065 | | C | 05/01/2205 <br><br> 55 The Greenway Loop Pamama City Beach FL 32413 | | | | 194,354.00 |
| ACCOUNT NO. <br><br> CPS Parking of Milwaukee <br> Attn: Collections Offices <br> 100 East Wisconsin Avenue <br> Suite  230 <br> Milwaukee, WI  53202 | | C | Various <br><br> Services Rendered | | | | 350.00 |

Sheet no. _11_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 209,942.72

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Adam J. Wallow   Amy K. Wallow**                    Case No. **08-23635-pp**
                                                Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | Various | | | | 1,200.00 |
| Credit Infonet 4540 Honeywell Court Dayton, OH 45424 | | | Services Rendered - Business | | | | |
| ACCOUNT NO. | | C | Various | | | | 600.00 |
| Crown Financial, LLC Attn: Bankruptcy Department 100 Landsdowne Street, Suite 507 Cambridge, MA  02139  A&S Collection Assoicates, Inc. P.O. Box 395 Williamstown, VT 02139 | | | Collection Account - Business | | | | |
| ACCOUNT NO. | | C | Various | | | | 1,500.00 |
| CT Corporation System, Inc. 208 South LaSalle Street, Suite 814 Chicago, IL 60604 | | | Services Rendered - Business | | | | |
| ACCOUNT NO. | | C | Various | | | | 150.00 |
| Cynergydata Attn: Bankruptcy Department 109-15 14th Avenue, Suite 200 College Point, NY  11356 | | | Services Rendered - Busines/Credit Card Processing | | | | |

Sheet no. _12_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **3,450.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Adam J. Wallow    Amy K. Wallow                                    Case No.  08-23635-pp
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | Various | | | | 125.44 |
| Day Knight and Associates Tru Green P.O. Box 5 Grover, MO 63040 | | | Collection Account - Tru Green | | | | |
| ACCOUNT NO. | | C | Various | | | | 2,500.00 |
| DCW Appasials Attn: Bankruptcy Department 323 Fredornia Avenue Fredonia, WI 53021 | | | Services Rendered - Business | | | | |
| ACCOUNT NO. | | C | Various | | | | 1,200.00 |
| Dell Financial Services Attn: Bankrputcy Department 12234 North I-35 Austin, TX 78543 | | | Services Rendered - Business | | | | |
| ACCOUNT NO. | | C | Various | | | | 400.00 |
| Direct TV Attn: Bankrputcy Notification Ctr P.O. Box 70014 Boise, ID 83707-0114 | | | Services Rendered | | | | |
| ACCOUNT NO. | | C | Various | | | | 1,500.00 |
| Domnitz Mawicke Law Offices Attn: Accounts Receivable 1509 North Prospect Avenue Milwaukee, AWI 53202 | | | Servies Rendered - Business | | | | |

Sheet no.  13  of  44  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                     5,725.44

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Adam J. Wallow    Amy K. Wallow             Case No. <u>08-23635-pp</u>

                           Debtors                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dynacare Laboratories**<br>**Attn: Collections**<br>**P.O. Box 26157**<br>**Wauwatosa, WI 53226-0157** | | C | **Various**<br>**Medical Bill** | | | | 100.00 |
| ACCOUNT NO.<br>**Ebay, Inc.**<br>**Attn: Bankruptcy Department**<br>**2005 Hamilton Avenue, Suite 350**<br>**San Jose, CA 95125** | | C | **Various**<br>**Services Rendered** | | | | 111.00 |
| ACCOUNT NO.<br>**EFAX J2 Global Communications, inc.**<br>**Attn: Billing Office**<br>**6922 Hollywood Boulevard**<br>**Fifth Floor**<br>**Los Angeles, CA  90028** | | C | **Various**<br>**Business Service Cancellation Charge** | | | | 700.00 |
| ACCOUNT NO.<br>**Elmbrook Family Counseling**<br>**Attn: Billing Office**<br>**12690 West North Avenue**<br>**Brookfield, WI 53005** | | C | **Various**<br>**Services Rendered** | | | | 977.50 |
| ACCOUNT NO.<br>**Equifax Credit**<br>**P.O.Box 740241**<br>**Atlanta, GA 30374** | | C | **Various**<br>**Services Rendered - Business** | | | | 4,000.00 |

Sheet no. <u>14</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal  &gt;  $          **5,888.50**

                             Total  &gt;  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Adam J. Wallow   Amy K. Wallow</u>       Case No. <u>08-23635-pp</u>

                         Debtors                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Family Practice Associates<br>Attn: Dr. Duufy/Billing Office<br>W62 N179 Washington Avenue<br>Cedarburg, WI 53012 | | C | Various<br><br>Medical Bill | | | | 195.00 |
| ACCOUNT NO.<br><br>Federal Express<br>Attn: Bankruptcy Department<br>P.O. Box 965<br>Brookfield, WI 53008 | | C | Various<br><br>Services Rendered - Business Account | | | | 613.12 |
| ACCOUNT NO.<br><br>First American Credit Company<br>Attn: Bankrputcy Department<br>12395 First American Way<br>Poway, CA 92064<br><br>Frist American Credit Services Ins.<br>825 East Gate Blvd, Suite 310<br>Garden City, NY 11530 | | C | Various<br><br>Services Rendered - Business | | | | 2,000.00 |
| ACCOUNT NO.<br><br>First Choice Appraisals, Inc.<br>Attn: Bankruptcy Department<br>200 Regency Court, Suite 200<br>Brookfield, WI 53045 | | C | Various<br><br>Services Rendered | | | | 1,700.00 |

Sheet no. <u>15</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal &gt; $        **4,508.12**

Total &gt; $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Foley & Lardner, LLP<br>Attn: Billing Office Manager<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | | C | **Various** <br><br> **Services Rendered - Business** | | | | 8,000.00 |
| ACCOUNT NO. <br><br> Foster, Mr. and Mrs.<br>4825 River Heights Drive<br>Manitowoc, WI 54220 | | C | **Various** <br><br> **Lease** | | | | 3,500.00 |
| ACCOUNT NO. <br><br> Fowler, Susan A.<br>4665 South 110th Street<br>Greenfield, WI 53228 | | C | **Various** <br><br> **Business-Past Due Payroll** | | | | 1,500.00 |
| ACCOUNT NO. <br><br> Gap/GEMB<br>Attn: Customer Service<br>P.O. Box 981400<br>El Paso, TX 79998 | | C | **2005-08-09** <br><br> **Charge Account** | | | | 1,220.00 |
| ACCOUNT NO. <br><br> Global Communications<br>200 East Randolph Street, 23rd Fl<br>Chicago, IL 60601 | | C | **Various** <br><br> **Services Rendered - Business Phones** | | | | 1,000.00 |

Sheet no. <u>16</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 15,220.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow   Amy K. Wallow** _____  Case No. **08-23635-pp** _____
                                    Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | Various | | | | 1,000.00 |
| Gonzalez, Venesa M. 2949 South 14th Street Milwaukee, WI 53215 | | | Business-Payroll Due Payroll | | | | |
| ACCOUNT NO. | | C | Various | | | | 300.00 |
| Google, Inc. Attn: Bankruptcy Office 1600 Amphitheatre Parkway Mountin View, CA 94043 In Re: Adwords Account | | | Services Rendered | | | | |
| ACCOUNT NO. | | C | 2007-07-26 | | | | 117.00 |
| Grafton State Bank Attn: Customer Service 7955 Highway 60 Cedarburg, WI 53012  Oshkosh Collections P.O. Box 192 Oshkosh, WI 54903 | | | Collection Account | | | | |

Sheet no. _17_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **1,417.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Adam J. Wallow   Amy K. Wallow**                    Case No. <u>08-23635-pp</u>
_____                        _____
                       **Debtors**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2006SC001037** <br><br> **Grafton State Bank** <br> **Attn: Customer Service** <br> **7955 Highway 60** <br> **Cedarburg, WI 53012** <br><br> **Ozaukee County Circuit Court** <br> **Attn: Clerk, In. Re: 2006SC001037** <br> **Ozaukee County Justice Center** <br> **1201 South Spring Street** <br> **Port Washington, WI  53074** <br><br> **Attorney Michael W. Rohr** <br> **Krawczyk & Duginski, S.C** <br> **5445 South Westridge Drive** <br> **P.O. Box 510377** <br> **New Berlin, Wisconsin 53151** |  | C | **10/19/2006** <br><br> **Replevin Judgment** |  |  |  | 389.53 |
| ACCOUNT NO. <br><br> **Grafton State Bank** <br> **Attn: Customer Service** <br> **7955 Highway 60** <br> **Cedarburg, WI 53012** |  | C | **Various** <br><br> **Balance due on Corvette(See SOFA)** |  |  |  | 30,000.00 |
| ACCOUNT NO. <br><br> **Grafton State Bank** <br> **Attn: Customer Service** <br> **7955 Highway 60** <br> **Cedarburg, WI 53012** |  | C | **2007** <br><br> **Balance due on Hummer (See SOFA)** |  |  |  | 35,000.00 |

Sheet no. <u>18</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $       **65,389.53**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Adam J. Wallow    Amy K. Wallow</u>          Case No. <u>08-23635-pp</u>
                         Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Griffith, Stephanie <br> 3440 North Booth Street <br> Milwaukee, WI 53212 | | C | 2007 <br><br> Business-Past Due Payroll | | | | 1,500.00 |
| ACCOUNT NO. <br><br> Gulf Power <br> Attn: Bankruptcy Department <br> One Energy Place <br> Pensacola, FL 32520 | | C | Various <br><br> Utility Service | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Hansen Brothers <br> Attn: Manager <br> 7704 West Appleton Avenue <br> Milwaukee, WI 53218 | | C | Various <br><br> NSF Check | | | | 106.00 |
| ACCOUNT NO. <br><br> Hawthorne Partners <br> Attn: Bankrputcy Department <br> 708 Keup Road <br> Cedarburg, WI 53012 | | C | Various <br><br> PD Business Lease | | | | 10,000.00 |

Sheet no. <u>19</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $  12,606.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Adam J. Wallow    Amy K. Wallow                    Case No. 08-23635-pp
_____                          _____
                    Debtors                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | Various | | | | 0.00 |
| HSBC Bank Attn: Bankruptcy Department 4828 Loop Central Drive Houston, TX 77081 <br><br> Attorney Steven Zablocki Gray & Associates, L.L.P. Suite 300 600 North Broadway Milwaukee, WI 53202 <br><br> Mortgage Electronic Reg. Systems Attn: Bankruptcy Department 1595 Spring Hill Road Vienna, VA 22182 <br><br> State of WI, Bureau of Child Supt 17 West Main Street Dept. of Workforce Development Madison, WI 53703 <br><br> Ozaukee County Circuit Court Attn: Clerk, In. Re: 2006CV000432 Ozaukee County Justice Center 1201 South Spring Street Port Washington, WI 53074 | | | Notice only | | | | |
| ACCOUNT NO. | | C | 2006-12 | | | | 254.00 |
| Infinity Healthcare Physicians Attn: Billing Office 111 East Wisconsin Avenue Suite 2100 Milwaukee, WI 53202 <br><br> Federated Adjustment Company 7929 North Port Washington Road Milwaukee, WI 53217 | | | Collection Account - Medical | | | | |

Sheet no. _20_ of _44_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤ $ |   254.00

Total  ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Adam J. Wallow   Amy K. Wallow</u>                              Case No. <u>08-23635-pp</u>
                                 Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | 2006-11 | | | | 67.00 |
| Infinity Healthcare Physicians Attn: Billing Office 111 East Wisconsin Avenue Suite 2100 Milwaukee, WI 53202  Federated Adjustment Company 7929 North Port Washington Road Milwaukee, WI  53217 | | | Collection Account - Medical | | | | |
| ACCOUNT NO. | | C | Various | | | | 58,000.00 |
| Inter Tel  Leasing Attn: Customer Service 1140 West Loop North Houston, TX 77055 | | | Services Rendered | | | | |
| ACCOUNT NO. | | C | Various | | | | 500.00 |
| Interactive Financial MA 114 Virginia Street Richmond, VA 23219 | | | Business | | | | |
| ACCOUNT NO. | | C | 04/01/2005 | | | | 0.00 |
| Irwin Home Equity Attn: Bankruptcy Department 12677 Alcosta Boulevard, Suite 5 San Ramon, CA 94583  S&A Stawiarski 6560 Greenwood Plaza Boulevard Suite 325 Englewood, CO 80111 | | | Notice only | | | | |

Sheet no. <u>21</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $   58,567.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**                     Case No. <u>08-23635-pp</u>
_____                                    _____
                            Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **J&H Excavating** <br> **Attn: Billing Office** <br> **3401 East Forest Hill** <br> **Oak Creek, WI 5354** | | C | **Various** <br><br> **Services Rendered - Landscaping** | | | | 556.14 |
| ACCOUNT NO. <br><br> **J.R. Plumbing, Inc,** <br> **Attn: Billing Office Manager** <br> **16817 W.Greenfield Avenue** <br> **New Berlin, WI 53151-1362** | | C | **2007-12-10** <br><br> **Services Rendered** | | | | 648.94 |
| ACCOUNT NO. <br><br> **Johns-Ghazarian, Kelly M** <br> **9401 Roberts Drive, Unit 37A** <br> **Atlanta, GA 30350** | | C | **Various** <br><br> **Renter** | | | | 1,095.00 |
| ACCOUNT NO. <br><br> **JP Morgan Chase** <br> **Attn: Bankruptcy Department** <br> **270 Park Avenue** <br> **New York City, NY 10017** | | C | **Various** <br><br> **Credit card** | | | | 9,000.00 |

Sheet no. <u>22</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $     **11,300.08**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**                     Case No. <u>08-23635-pp</u>
_____                              _____
                              **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **2006CV000578** | | C | **Various** | | | | 0.00 |
| **JP Morgan Chase Bank, NA Attn: Bankruptcy Department 800 State Highway 121 BY Lewisville, TX 75067** **Attorney Jay Pitner Gray & Associates, L.L.P. Suite 300 600 N. Broadway Milwaukee, WI 53202** **Ozaukee County Circuit Court Attn: Clerk, In. Re: 2006CV00578 Ozaukee County Justice Center 1201 South Spring Street Port Washington, WI 53074** | | | **Notice only** | | | | |
| ACCOUNT NO. | | C | **2007-06** | | | | 1,063.00 |
| **Kim, Michael I DDS Attn: Billing Office 10033N Port Washington Road Suite 150 Mequon, WI 53092** **Security Collections, Inc. 6531 West Lincoln Avenue Milwaukee, WI  53219** | | | **Collection Account** | | | | |
| ACCOUNT NO. | | C | **Various** | | | | 3,000.00 |
| **KKCPA, S.C. Attn: Billing Office Manger 135 West Wells Street, Suite 318 Milwaukee, WI 53203** | | | **Services Rendered** | | | | |

Sheet no. <u>23</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➢   $          **4,063.00**

Total   ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Adam J. Wallow    Amy K. Wallow_____    Case No. __08-23635-pp_____
                                    Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Knoll/Facutal Data <br> 5200 Hans Peak Drive <br> Loveland, CO 80053 | | C | Various <br><br> Services Rendered - Business | | | | 3,500.00 |
| ACCOUNT NO. <br><br> Kohls/Chase <br> Attn: Recovery <br> N56 W1700 Ridgewood Road <br> Menomonee Falls, WI 53051 | | C | 2006-03-06 <br><br> Credit Card | | | | 861.00 |
| ACCOUNT NO. <br><br> Kons Septic Services <br> Attn: Billing Office <br> N112 W14545 Mequon Road <br> Germantown, WI 53022 | | C | Various <br><br> Services Rendered | | | | 350.00 |
| ACCOUNT NO. <br><br> Kramer Engineering <br> 10200 Innovation Drive <br> Suite 200 <br> Milwaukee, WI 53226 | | C | Various <br><br> Services Rendered-Business | | | | 800.00 |
| ACCOUNT NO. <br><br> Krueger Communications <br> Attn: Billing Office <br> 12515 Knoll Road <br> P.O. Box 618 <br> Elm Grove, WI 53122 | | C | Various <br><br> Services Rendered - Business | | | | 800.00 |

Sheet no. __24_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $ 6,311.00

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Adam J. Wallow    Amy K. Wallow                                    Case No. 08-23635-pp
                           Debtors                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | Various | | | | 355.00 |
| Lakeshore Eye Care  Professionals Attn: Billing Office 11307 North Port Washington Road Mequon, WI 53092  Transworld Systems Lakeshore Eye P.O.Box 1864 Santa Rosa, ca 95402 | | | Medical Bill | | | | |
| ACCOUNT NO. | | C | Various | | | | 3,000.00 |
| Land American Info 1 Attn: Billing Office 2119 Smithtown Avenue Ronkonmoma, NY 11779-7375 | | | Services Rendered- Business/Credit Card Reports | | | | |
| ACCOUNT NO. | | C | Various | | | | 0.00 |
| Landmark Credit Services 2 Concourse Parkway NE Atlanta, GA 30350 | | | Notice Only | | | | |
| ACCOUNT NO. | | C | Various | | | | 0.00 |
| Landmark Credit Services 2 Concourse Parkway NE Atlanta, GA 30350 | | | Notice only | | | | |

Sheet no. _25_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    3,355.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**                    Case No.  <u>08-23635-pp</u>
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Landmark on the Lake**<br>**Attn: Business Office**<br>**1660 North Prospect Avenue**<br>**Milwaukee, WI 53202**<br><br>**Recovery Solutions**<br>**2525 North Mayfair Road, Suite 80**<br>**Wauwatosa, WI  53226** | | C | **2007-02**<br><br>**Collection Account** | | | | 3,512.00 |
| ACCOUNT NO. <br><br>**Landsafe Credit**<br>**Attn: Billing Office**<br>**1515 Walnut Grove Avenue**<br>**Rosemead, VA 91770** | | C | **Various**<br><br>**Services Rendered/Business Credit Reports** | | | | 4,000.00 |
| ACCOUNT NO. <br><br>**Litton Loan Servicing**<br>**Attn: Bankruptcy Department**<br>**4828 Loop Central Drive**<br>**Houston, TX  77081** | | C | **04/01/2005**<br><br>**Notice only** | | | | 0.00 |
| ACCOUNT NO. <br><br>**Live, Pat**<br>**2024 North Point Boulevard**<br>**Talahassee, FL 32308** | | C | **Various**<br><br>**Services Rendered - Business** | | | | 500.00 |

Sheet no. <u>26</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    8,012.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Adam J. Wallow    Amy K. Wallow_____    Case No. __08-23635-pp_____
                                    Debtors                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2008SC000084 | | C | 2008-01-18 | | | | 2,423.74 |
| Livingston Financial, LLC Attn: Billing Office 3033 Campus Drive, Suite 250 c/o Messerli & Kramer Plymouth, MN 55441 <br><br> Ozaukee County Circuit Court Attn: Clerk, In. Re: 2008SC000084 Ozaukee County Justice Center 1201 South Spring Street Port Washington, WI 53074 <br><br> Attorney Brian Chou Messerli & Kramer, PA 3033 Campus Drive, Suite 250 Plymouth, MN 55441 | | | Small Claims Judgment | | | | |
| ACCOUNT NO. | | C | 2005-10-01 | | | | 1,251.00 |
| Macys/MCYDSNB Attn: Customer Service 9111 Duke Boulevard Mason, OH 45040 | | | Charge Account | | | | |
| ACCOUNT NO. | | C | Various | | | | 2,500.00 |
| Mallery & Zimmerman Attn: Accounts Receivable 731 North Jackson Street, 9th Floor Milwaukee, WI 53202 | | | Services Rendered - Business | | | | |
| ACCOUNT NO. | | C | Various | | | | 1,000.00 |
| Masnica, Kelly A. 333 Franklin Street Port Washington, WI 53211 | | | Busniess - Past Due Payroll | | | | |

Sheet no. _27_ of _44_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $    7,174.74

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**                                          Case No. <u>08-23635-pp</u>
                              Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MBNA n/k/a Bank of America<br>Attn: Customer Service<br>PO Box 15726<br>Wilmingtom DE 19866-5726<br><br>Portfolio Recoveries<br>120 Corporate Boulevard, Suite 1<br>Norfolk, VA 23502 | | C | 2007-09-11<br><br>Factoring Company Account | | | | 5,985.00 |
| ACCOUNT NO.<br><br>McLeod USA<br>Attn: Bankruptcy Department<br>111 West Jackson Boulevard<br>Suite 1200<br>Chicago, IL 60604 | | C | Various<br><br>Services Rendered | | | | 6,500.00 |
| ACCOUNT NO.<br><br>MEA-Lakeland<br>Attn: Billing Office<br>W3985 County Road NN<br>Elkhorn, WI 53121<br><br>State Collection Service<br>2509 S. Stoughton Road<br>Madison, WI  53716 | | C | 2006-12-08<br><br>Collection Account- Medical | | | | 309.00 |
| ACCOUNT NO.<br><br>Mediacom<br>Attn: Bankruptcy Department<br>2814 E Hwy 390 Suite D<br>Panama City, FL 32405<br><br>Credit Protection Assoc.<br>1355 Noel Road, Suite 2100<br>Dallas, TX 75240 | | C | 2006-09-29<br><br>Collection Acoount | | | | 439.00 |

Sheet no. <u>28</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  13,233.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**                    Case No. <u>08-23635-pp</u>
_____                                        _____
                              **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Microsoft<br>Attn: Bankruptcy Department<br>P.O. Box 14647<br>Tucson, AZ  85732 | | C | Various<br><br>Products/Services - Consumer | | | | 19.95 |
| ACCOUNT NO.<br><br>Monogram Bank/Bank of America<br>Attn: Bankrputcy<br>4060 Ogletown/Stan De5-019-03-07<br>Newark, DE 19713 | | C | 2006-07-25<br><br>Credit Card | | | | 6,016.00 |
| ACCOUNT NO.<br><br>Monster<br>5 South Clock Tower Place<br>Suite 500<br>Maynard, MA 01754 | | C | Various<br><br>Services Rendered - Business | | | | 349.99 |
| ACCOUNT NO.<br><br>MPC-R, LLC/Hub Granger<br>Attn: Bankrputcy Department<br>1425 West Mequon Road, Suite C<br>Mequon, WI 53092<br><br>Lifetime Legal Services, S.C.<br>c/o Attorney Steven D. Mayer<br>788 North Jefferson Street<br>Suite 900<br>Milwaukee, WI 53202 | | C | Various<br><br>Services | | | | 10,000.00 |

Sheet no. <u>29</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                  **16,385.94**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow   Amy K. Wallow**                          Case No.  <u>08-23635-pp</u>

                                    **Debtors**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mr. Mover <br> Attn: Billing Office <br> P.O. Box 386 <br> Grafton, WI 53024 | | C | Various <br><br> Services Rendered | | | | 900.00 |
| ACCOUNT NO. <br><br> Murn Law Offices <br> Attn: Accounts Receivable <br> W229 N1792 Amber Lane <br> Waukesha, WI 53186 | | C | Various <br><br> Services Rendered - Business | | | | 700.00 |
| ACCOUNT NO. <br><br> National Enterprise <br> via Nes Nat'l System <br> 29125 Solon Road <br> Solon, OH 44139 | | C | Various <br><br> Notice Only | | | | 0.00 |
| ACCOUNT NO. <br><br> New Berlin Pool and Spa <br> Attn: Billing Office Manager <br> 16040 West National Avenue <br> New Berlin, WI 53151 | | C | Various <br><br> Products/Services - Consumer | | | | 350.00 |
| ACCOUNT NO. <br><br> North Shore Pediatrics <br> Attn: Billing Office <br> 10046 North Port Washington Road <br> Mequon, WI 53092 | | C | Various <br><br> Medical Bills | | | | 1,200.00 |

Sheet no. <u>30</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $              3,150.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam J. Wallow    Amy K. Wallow**                              Case No. **08-23635-pp**
                                                    Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    2008SC0008 | | C | 01/04/2008 | | | | 395.21 |
| Northshore Window Cleaning Co. Attn: Harry Heiden P.O. Box 443 Grafton, WI 53024<br><br>Ozaukee County Circuit Court Attn: Clerk, In. Re: 2008SC0008 Ozaukee County Justice Center 1201 South Spring Street Port Washington, WI  53074 | | | Small Claims Judgment | | | | |
| ACCOUNT NO. | | C | Various | | | | 310.00 |
| Oberndorfer Landscape Development Attn: Billing Office 10314 North Grasslyn Road Meqon, WI 53092 | | | Services Rendered - Landscaping | | | | |
| ACCOUNT NO. | | C | Various | | | | 210.80 |
| Obstetrics & Gynecology, S.C. Attn: Billing Office 3040 North 117th Street, Suite 200 Wauwatosa, WI 53222 | | | Medical Bill | | | | |
| ACCOUNT NO. | | C | Various | | | | 3,500.00 |
| Office Max Attn: Bankruptcy Department 515 Kehoe Boulevard Carol Stream, IL 60188 | | | Services Rendered - Business | | | | |

Sheet no.  31  of  44  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $                4,416.01

Total    ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam J. Wallow   Amy K. Wallow**                          Case No. **08-23635-pp**
_____                              _____
                              **Debtors**                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Ogden and Company, Inc. Attn: Accounts Receivable 1665 North Water Street Milwaukee, WI 53202 | | C | Various  Lease - Business | | | | 12,000.00 |
| ACCOUNT NO.  One Communications Attn: Billing Office 2150 Holmgren Way Green Bay, WI 54304 | | C | Various  Services Rendered - Business Phone | | | | 6,000.00 |
| ACCOUNT NO.  O'Neil, Cannon, Hollman, DeJong S.C. Attn: Billing Office Manager 607 N. 8th Street, Suite 400 Sheboygan, Wisconsin 53081 | | C | Various  Services Rendered | | | | 1,777.50 |
| ACCOUNT NO.  Paychex Attn: Bankruptcy Department 911 Panarama Trail South Rochester, NY 14625-0397 | | C | Various  Services Rendered - Business | | | | 6,500.00 |
| ACCOUNT NO.  Pitney Bowes, Inc. Attn: Bankruptcy Department One Elm Croft Road Stanford, CT 06926 | | C | Various  Services Rendered - Business | | | | 1,200.00 |

Sheet no. _32_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                          27,477.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Adam J. Wallow    Amy K. Wallow**                        Case No. **08-23635-pp**
_____                                  _____
                                    **Debtors**                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | Various | | | | 1,200.00 |
| Postini, Inc. Google, Inc. 1600 Amphitheatre Parkway Mountin View, CA 94043 | | | Services Rendered - Business | | | | |
| ACCOUNT NO. | | C | Various | | | | 45.90 |
| ProActive Solutions c/o SKO Brenner American 40 Daniel Street P.O. Box 230 Farmingdale, NY 11735-0230 | | | Products/Services - Consumer | | | | |
| ACCOUNT NO. | | C | Various | | | | 3,600.00 |
| Quill Corporation Attn: Bankruptcy Department P.O. Box 94081 Pallentine, IL 60094 | | | Products/Services/Supplies - Business | | | | |
| ACCOUNT NO. | | C | Various | | | | 12,000.00 |
| Ranger, Hub and Craig 6901 North Rockledge Glendale, WI 53209  Lifetime Legal Services, S.C. c/o Attorney Steven D. Mayer 788 North Jefferson Street Suite 900 Milwaukee, WI 53202 | | | Lease - Business | | | | |

Sheet no. __33__ of __44__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                                      16,845.90

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Adam J. Wallow    Amy K. Wallow _____    Case No.  08-23635-pp  _____
                                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Regional Utilities<br>Attn: Billing Office<br>70 Logan Lane<br>Grayton Beach Business Center<br>Santa Rosa Beach, FL 32459 | | C | Various<br><br>Utility Service | | | | 34.74 |
| ACCOUNT NO.<br><br>Regus, Group/HQ<br>Attn: Billing Office<br>250 East Wisconsin Avenue<br>Suite 1800<br>Milwaukee, WI 53202 | | C | Various<br><br>Services Rendered - Business | | | | 1,000.00 |
| ACCOUNT NO.<br><br>Reinhart Boerner Law Office<br>Attn: Accounts Receivable<br>1000 North Water Street<br>P.O. Box 2965<br>Milwaukee, WI 53202 | | C | Various<br><br>Services Rendered - Business | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Rohr, John MD<br>Attn: Billing Office<br>1220 Dewey Avenue<br>Milwaukee, WI 53213<br><br>Security Collections, Inc.<br>6531 West Lincoln Avenue<br>Milwaukee, WI  53219 | | C | 2007-09<br><br>Collection Account - Medical | | | | 148.00 |

Sheet no.  34  of  44  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    3,182.74

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Adam J. Wallow   Amy K. Wallow _____   Case No. 08-23635-pp _____
                                            Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | Various | | | | 311.00 |
| Rubin, Ed 5800 North Bayshore Drive Suite B230 Glendale, WI 53217 | | | Medical Bill | | | | |
| ACCOUNT NO. | | C | 2005-06-18 | | | | 382.00 |
| Saks/HSBC Attn: Bankruptcy Department P.O. Box 15521 Wilmington, DE 19805 | | | Charge Account | | | | |
| ACCOUNT NO. | | C | Various | | | | 1,500.00 |
| Sawicki, Eric T. 142 Amanda Court Mukwonago, WI 53149 | | | Busniess - Past Due Payroll | | | | |
| ACCOUNT NO. | | C | Various | | | | 1,000.00 |
| Scott, Sarah A. 2308 North 81st Street, Apt. 2 Wauwatosa, WI 53213 | | | Business - Past Due Payroll | | | | |
| ACCOUNT NO. | | C | Various | | | | 3,144.66 |
| Seacrest Beach Home Owners Assoc. c/o The Association Office, Inc. P.O. Box 611707 Rosemary Beach, FL 32461 | | | Fees on condo | | | | |

Sheet no. 35 of 44 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⮞  $        6,337.66

Total  ⮞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Adam J. Wallow    Amy K. Wallow__        Case No. __08-23635-pp__

                          Debtors                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shaw, Destiny T. <br> 4505 North 29th Street <br> Milwaukee, WI 53206 | | C | Various <br><br> Business - Past Due Payroll | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Shaw, Kimberly <br> 4266 North 24th Street <br> Milwaukee, WI  53209 | | C | Various <br><br> Notice Only | | | | 0.00 |
| ACCOUNT NO. <br><br> Sprint PSC Customer Solutions <br> Attn: Bankrputcy Department <br> P.O. Box 8077 <br> London, KY  40742 <br><br> Collectech Systems, Inc. <br> P.O. Box 361567 <br> Columbus, OH 43236 | | C | Various <br><br> Services Rendered | | | | 1,700.00 |
| ACCOUNT NO. <br><br> St. Francis Mortgage <br> Attn: Bankruptcy Department <br> 2448 South 102nd Street, Suite 250 <br> West Allis, WI 53227 | X | C | Various <br><br> Notice only | | | | 0.00 |

Sheet no. __36__ of __44__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal   >  $           2,700.00

              Total   >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Adam J. Wallow    Amy K. Wallow**         Case No. <u>08-23635-pp</u>
                        Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>St. Mary's Hopsital -Ozaukee <br>Attn: Billing Office <br>13111 N. Port Washington Road <br>Mequon, WI 53097 <br><br>OSI Collection Services, Inc. <br>P.O. Box 959 <br>Brookfield, WI 53008-0959 | | C | Various <br><br>**Collection Account - Medical** | | | | 0.00 |
| ACCOUNT NO. <br><br>State of WI, Dept. of Wkforce Dev. <br>Div. of Workforce Solutions <br>Bureau of Child Support <br>P.O. Box 07914 <br>Milwaukee, WI 53207 <br><br>Milwaukee County Circuit Court <br>Attn: Record Room, G9 <br>Re: Docket 205548 <br>901 North 9th Street <br>Milwaukee, WI  53233 | | C | 2007-01-01 <br><br>**Child Support** | | | | 4.889.00 |
| ACCOUNT NO. <br><br>Stenograph <br>Attn: Billing Office <br>1600 Bishop Court <br>Mount Prospect, IL 60056 <br><br>Beihel and Beihl <br>411 East Irving Park Road <br>Bensenville, IL 60106 | | C | Various <br><br>**Services** | | | | 1,348.70 |

Sheet no. <u>37</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal    ➤   $               **1,348.70**

                   Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Adam J. Wallow   Amy K. Wallow                                        Case No.  08-23635-pp
                                                                                         (If known)
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Swimming Pool Services <br> Attn: Billing Office <br> W200 N1563 Jericho Court <br> Waukesha, WI 53186 | | C | Various <br><br> Services Rendered | | | | 169.65 |
| ACCOUNT NO. <br><br> TDS Metrocom <br> Attn: Bankruptcy Department <br> 20875 Crossroads Circle, Suite 800 <br> Waukesha, WI 53186-2070 | | C | Various <br><br> Servives Rendered - Business Phone | | | | 6,000.00 |
| ACCOUNT NO. <br><br> The Money Tree Financial <br> Attn: Bankrputcy Department <br> 14135 North Cedarburg Road <br> Mequon, WI 53097 | | C | Various <br><br> Loan | | | X | 300,000.00 |
| ACCOUNT NO. <br><br> Time Warner Cable <br> Attn: Billing Office <br> 2323 N. Martin Luther King Jr., Dr <br> Milwaukee, WI 53212 | | C | Various <br><br> Services Rendered | | | | 750.00 |

Sheet no.  38  of  44  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    306,919.65

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Adam J. Wallow    Amy K. Wallow                          Case No.  08-23635-pp
                                        Debtors                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | 2007/04 | | | | 214.00 |
| Time Warner Cable Attn: Billing Office 2323 N. Martin Luther King Jr., Dr Milwaukee, WI 53212  Falls Collection Service N114 W19225 Clinton Drive Germantown, WI 54220 | | | Collection Account | | | | |
| ACCOUNT NO. | | C | Various | | | | 10,000.00 |
| Toner Sales Attn: Billing Office 8858 West Schlinger Milwaukee, WI  53214 | | | Products/Services -Business/Lease-Equipment | | | | |
| ACCOUNT NO. | | C | Various | | | | 800.00 |
| UPS Attn: Bankruptcy Department 55 Glen Lake Parkway NE Atlanta, GA  30328 | | | Services Rendered - Business | | | | |
| ACCOUNT NO. | | C | 08/21/2000 | | | | 49,395.00 |
| US Bank Corp. Attn: Customer Service P.O. Box 790084 Saint Louis, MO 63179 | | | Mortgage on 8026  W Medford St | | | | |
| NOTE:   Property was sold to first mortgage holder at sheriff's sale | | | | | | | |

Sheet no.  39 of 44 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $         60,409.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Adam J. Wallow    Amy K. Wallow**                      Case No. <u>08-23635-pp</u>
_____                                      _____
                              Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Veolia ES Solid Waste Midwest, Inc.<br>Attn: Bankruptcy Department<br>8121 Innovation Way<br>Chicago, IL 60682 | | C | Various<br><br>Services Rendered - Trash Pick-up | | | | 100.00 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>Attn: Bankruptcy Department<br>777 Big Timber Road, Suite 1400<br>Elgin, IL  60123 | | C | Various<br><br>Services Rendered | | | | 0.00 |
| ACCOUNT NO.<br><br>Wachovia Mortgage, FSB<br>Attn: Bankruptcy Department<br>4101 Wiseman Boulevard, MC-T<br>San Antonio, TX  78251 | | C | 05/01/2000<br><br>Notice only | | | X | 0.00 |
| ACCOUNT NO.<br><br>Washington MutuaNotice onlyNotice only<br>Attn: Bankruptcy Department<br>7757 Bayberry Road<br>Jacksonville, FL  32256 | | C | Various<br><br>Notice only | | | | 0.00 |
| ACCOUNT NO.<br><br>We Energies<br>Bankruptcy Department, Room A130<br>333 West Everett Street<br>Milwaukee, WI  53203 | | C | Various<br><br>Utility Service - Business | | | | 1,200.00 |

Sheet no. <u>40</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    1,300.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  __Adam J. Wallow___Amy K. Wallow_____     Case No. __08-23635-pp_____
                        **Debtors**                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>We Energies<br>Bankruptcy Department, Room A130<br>333 West Everett Street<br>Milwaukee, WI 53203 | | C | Various<br><br>Utility Service - Homestead | | | | 6,000.00 |
| ACCOUNT NO.<br><br>Weix, Maria E.<br>3277 North Summit Avenue<br>Milwaukee, WI 53211 | | C | Various<br><br>Business - Past Due Payroll | | | | 700.00 |
| ACCOUNT NO.<br><br>West Bend Fence/A-1 Pools, Inc.<br>Attn: Bankrputcy Department<br>1168 North Main Street<br>West bend, WI 53090 | | C | Various<br><br>Services Rendered | | | | 1,500.00 |
| ACCOUNT NO.<br><br>Westel Milwaukee d/b/a<br>Cellular One<br>P.O. Box 298<br>Waukesha, WI 53187 | | C | Various<br><br>Services Rendered - Cell Phone | | | | 800.00 |
| ACCOUNT NO.<br><br>WI Electric Power Co. n/k/a We Ener<br>Attn: Bankruptcy Dept., Room A130<br>333 West Everett Street<br>Milwaukee, WI 53203 | | C | 2005-10<br><br>Utility Service | | | | 547.00 |

Sheet no. _41_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $           9,547.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Adam J. Wallow   Amy K. Wallow                         Case No. <u>08-23635-pp</u>
                                                                         <u>                  </u>
                                    **Debtors**                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Winstar Communications, Inc.<br>685 Third Avneue<br>New York City,  NY 10017 | | C | Various<br><br>Services Rendered - Business Phone | | | | 6,000.00 |
| ACCOUNT NO.<br><br>Wisconsin Community Mental Health C<br>Attn: Billing Office<br>155 East Capitol Drive, Suite 1<br>Hartland, WI  53029<br><br>Americollect, Inc.<br>814 South 8th Street<br>Manitowoc, WI 54220 | | C | 2006-07-17<br><br>Collection Account-Medical | | | | 526.00 |
| ACCOUNT NO.<br><br>Wisconsin Radiology Spec.<br>Attn: Business Office Manager<br>P.O. Box 2350<br>Brookfield, WI 53008-2350<br><br>OAC<br>4763 South Packard Avenue<br>Cudahy, WI 53110 | | C | 2006-11<br><br>Collection Account - Medical | | | | 53.00 |

Sheet no. <u>42</u> of <u>44</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                6,579.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Adam J. Wallow   Amy K. Wallow</u>                          Case No. <u>08-23635-pp</u>
                          **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | 2004 | | | | 0.00 |
| **World Savings** c/o World Savings Bank Attn: Foreclosure Department 4101 Wiseman Boulevard San Antonio, TX 78251 | | | Notice only | | | | |
| **Attorney Duncan Delhey** Gray & Associates, L.L.P. Suite 300 600 North Broadway Milwaukee, WI 53202 | | | | | | | |
| **Milwaukee County Circuit Court** Attn: Record Room, G9 Re: 2006CV009667 901 North 9th Street Milwaukee, WI 53233 | | | | | | | |
| **US Bank National Association** 4325 17th Avenue SW Fargo, ND 58103 | | | | | | | |
| **Attorney Gunar John Blumberg** Blumberg & Associates, LLC 39 South LaSalle Street, Suite 400 Chicago, IL 60603 | | | | | | | |

Sheet no. <u>43</u> of <u>44</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                 0.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Adam J. Wallow    Amy K. Wallow                                Case No. _08-23635-pp_____

                        **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **2006SC001581** | | C | 01/16/2006 | | | | 706.63 |
| **Zimmerman & Steber Legal Group, S.C.** **385 Williamstowne, Suite 207** **Delafield, WI 53018** | | | **Small Claims Judgment** | | | | |
| **Milwaukee County Circuit Court** **Attn: Record Room, G9** **Re: 2006SC001581** **901 North 9th Street** **Milwaukee, WI 53233** | | | | | | | |
| **Attorney Michael Stebler** **Zimmerman & Steber Legal Group S.C** **385 Williamstowne, Suite 207** **Delafield, WI 53018** | | | | | | | |
| **Money Tree Financial Services, Inc.** **1661 North Water Street, suite 401** **Milwaukee, WI 53202** | | | | | | | |

Sheet no. _44_ of _44_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                706.63

Total  ➢  $            2,351,614.23

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: <u>Adam J. Wallow   Amy K. Wallow</u>        Case No. <u>08-23635-pp</u>
                        **Debtors**                                               **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re: **Adam J. Wallow    Amy K. Wallow**                    Case No.  <u>08-23635-pp</u>
_____                                          _____
                    Debtors                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Current, Jason T.** | **St. Francis Mortgage**<br>**Attn: Bankruptcy Department**<br>**2448 South 102nd Street, Suite 250**<br>**West Allis, WI 53227** |

In re  **Adam J. Wallow Amy K. Wallow** _____  Case No.  **08-23635-pp** _____

Debtors  (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | Son | 16 |
| | Son | 6 |
| | Daughter | 5 |
| | Daughter | 5 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Court Reporter** |
| Name of Employer | | |
| How long employed | | **6 Months** |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ 3,062.11 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 3,062.11 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 591.11 |
| b. Insurance | $ | 0.00 | $ 368.33 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 959.44 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 2,102.66 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 5,000.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 5,000.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,000.00 | $ 2,102.66 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 7,102.66 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

In re   Adam J. Wallow Amy K. Wallow _____   Case No.   08-23635-pp _____
                              **Debtors**                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**Yes Husband started working May 5, 2008 and debtors lived off retirement funds. Retirement income withdrawals varied**

B6J (Official Form 6J) (12/07)

In re <u>Adam J. Wallow Amy K. Wallow</u>             Case No. <u>    08-23635-pp</u>
Debtors                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,555.00 |
|     a. Are real estate taxes included?   Yes       No  ✔ | | |
|     b. Is property insurance included?   Yes       No  ✔ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 550.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 109.00 |
|     d. Other **Internet/Cable Television** | $ | 100.00 |
|     **Trash Pick-Up** | $ | 10.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 450.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 370.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 85.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 291.00 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 715.00 |
|     b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 544.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Children's Schooling** | $ | 1,000.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,014.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
<u>**Yes Parents have paid various expenses for last year**</u>

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 15 of Schedule I | $ | 7,102.66 |
|     b. Average monthly expenses from Line 18 above | $ | 8,014.00 |
|     c. Monthly net income (a. minus b.) | $ | -911.34 |

In re **Adam J. Wallow   Amy K. Wallow** _____     Case No.   08-23635-pp _____
                                      **Debtors**                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **64** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  5-8-08 _____            Signature: _____
                                               **Adam J. Wallow**
                                                                    Debtor
Date:  5-8-08 _____            Signature: _____
                                    **Amy K. Wallow**
                                               (Joint Debtor, if any)

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Wisconsin**

In re: **Adam J. Wallow   Amy K. Wallow** _____          Case No. **08-23635-pp** _____
_____
Debtors                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE                          FISCAL YEAR PERIOD

**All income to follow after taxes are completed for 2005.2006 and 2007**

## 2. Income other than from employment or operation of business

None □

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE                                                    FISCAL YEAR PERIOD
                          Information to follow after taxes are prepared

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF          DATES OF                    AMOUNT          AMOUNT
CREDITOR                     PAYMENTS                    PAID            STILL OWING

None ☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR        DATES OF                 AMOUNT          AMOUNT
                                    PAYMENTS/                PAID OR         STILL
                                    TRANSFERS                VALUE OF        OWING
                                                             TRANSFERS

None ☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR        DATE OF              AMOUNT          AMOUNT
AND RELATIONSHIP TO DEBTOR          PAYMENT              PAID            STILL OWING

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐    filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Northshore Window Cleaning Co. vs. Amy Wallow<br>    2008SC0008 | Small Claims | Ozuaukee County Circuit Court<br>1201 South Spring Street<br>Port Washington, WI 53074 | Judgment for Plaintiff |
| Priya Barnes et al vs. Adam J. Wallow<br>    2007SC006232 | Small Claims | Milwaukee County Circuit Court<br>901 North 9th Street<br>Milwaukee, WI 53233 | Judgment for Plaintiff |
| Bonded Transportation, Inc. vs. Adam Wallow<br>    07458SC | Small Claims | Bay City Circuit Court<br>300 East 4th Street<br>Panama City, FL 32402 | Judgment for Plaintiff |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| America's Servicing Co. Countrywide/Chase Attn: Bankruptcy Department 7495 New Horizon Way Frederick, MD 21703 | 12/01/2006 | Details to follow |
| EMC Mortgage Attn: Bankruptcy Department 800 State Highway 121 BY Lewisville, TX 75067 | 02/01/2008 | Information to follow |
| Grafton State Bank Attn: Customer Service 7955 Highway 60 Cedarburg, WI 53012 | 03/01/2007 | Repo of Corvette. More details to follow |
| Grafton State Bank Attn: Customer Service 7955 Highway 60 Cedarburg, WI 53012 | 03/01/2007 | Repo of Truck More details to follow |
| Litton Loan Servicing Attn: Bankruptcy Department 4828 Loop Central Drive Houston, TX 77081 | 06/01/2007 | Details to follow |
| US Bank Corp./World Mtg. Attn: Customer Service 2300 Wall Street, Suite A Cincinnati, OH 45212 | 09/01/2007 | Details to follow |

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Information to follow** | | **02/01/2007** | **Details to follow** |

## 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Diamond ring and other items were stolen. Police report** | **No insurance** | **7/07** |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GreenPath** | | **$75.00** |
| **Wilson , Broadnax & Owens Attorney Clifton G. Owens 8131 W Capitol Dr Milwaukee, WI 53222** | **4/08** | **$1000.00** |

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Detailed information to follow** None | | |
| **More detailed report to follow** None | | |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Grafton State Bank** | **Money Market Account** | |
| **Grafton State Bank** | **Checking Account** | |
| **Ozaukee Bank** | **Check Account** | |
| **Ozaukee Bank** | **Money Market Account** | |

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| W73N388 Greystone Drive Cedarburg, WI 53012 | Adam Wallow | 2007 |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.    List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c.    List  all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

**To follow**

None ☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner or more than 5 percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

**To follow**

None ☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    5-8-08                    Signature
                                  of Debtor    _____
                                               **Adam J. Wallow**

Date    5-8-08                    Signature
                                  of Joint Debtor    _____
                                  (if any)           **Amy K. Wallow**

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In re:  Adam J. Wallow          Amy K. Wallow          Case No.   08-23635-pp
                                                        Chapter    7
                    Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 2,500.00 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
       a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  [Other provisions as needed]
       **All actions and addition hearing by UST will be billed at $250,00 per hour 8 hours**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **§727 and §523 actions to be billed at $250.00 per hour**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____
Clifton G. Owens, Bar No. 1010362

**Wilson , Broadnax & Owens**
Attorney for Debtor(s)

---

B22A (Official Form 22A) (Chapter 7) (01/08)

In re **Adam J. Wallow, Amy K. Wallow**
_____
Debtor(s)

Case Number: **08-23635-pp**
_____
(If known)

According to the calculations required by this statement:

☐ **The presumption arises**

☐ **The presumption does not arise**
(Check the box as directed in Parts I, III, and VI of this statement.)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts. Joint debtors may complete one statement only.

| | Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> b. ☐ **Married, not filing jointly, with declaration of separate households.** By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> c. ☐ **Married, not filing jointly, without the declaration of separate households set out in line 2.b above. Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.** <br> d. ☐ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.** |

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | $ | $ |

| a. | Gross Receipts | $ |
|---|---|---|
| b. | Ordinary and necessary business expenses | $ |
| c. | Business income | Subtract Line b from Line a |

| | Rent and other real property income. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| 5 | a. | Gross Receipts | $ | $ | $ |
| | b. | Ordinary and necessary operating expenses | $ | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | |

| 6 | Interest, dividends, and royalties. | $ | $ |

| 7 | Pension and retirement income. | $ | $ |

| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |

| 9 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |

| 10 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. _____ $ _____ | | |
| | Total and enter on Line 10. | $ | $ |

| 11 | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $ | $ |

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ |

| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence: _____ b. Enter debtor's household size: _____ | $ |

| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.  ❑ The amount on Line 13 is less than or equal to the amount on Line 14. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.  ❑ The amount on Line 13 is more than the amount on Line 14. Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |

| a. | | $ |
|---|---|---|

Total and enter on Line 17 .                                                                    $

| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |
|---|---|---|

| **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** |
|---|

| **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** |
|---|

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | |

$

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by home, if any, as stated in Line 42. | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.  ☐ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | $ |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42. | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | $ |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|

| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
|----|---|---|
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| **Subpart B: Additional Living Expense Deductions** |
|---|
| **Note: Do not include any expenses that you have listed in Lines 19-32** |

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34 **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $_____ | $ |
|----|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|----|----|----|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

| **Subpart C: Deductions for Debt Payment** |
|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |  |
|----|----|----|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. |  |  | $ | ☐ yes  ☐ no |
|  |  |  |  | Total: Add Lines a, b and c | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |
|----|----|----|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|----|----|----|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |  |
|----|----|----|

|  |  |  |
|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|----|----|----|

| **Subpart D: Total Deductions from Income** |
|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|----|----|----|

| | Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION |  |
|---|---|---|
| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. ☐ **The amount on Line 51 is less than $6,575** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. ☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |  |
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |  |

| | Part VII.  ADDITIONAL EXPENSE CLAIMS |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
|  |  |  |
|  | Total: Add Lines a, b, and c | $ |

| | Part VIII:  VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* Date: 5-8-08    Signature: _____ **Adam J. Wallow,** (Debtor) Date: 5-8-08    Signature: _____ **Amy K. Wallow,** (Joint Debtor, if any) |